IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

Case No. 2:24-cv-13313

PREPARED FOOD PHOTOS, INC. f/k/a
ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

    Plaintiff,

v.

BUSCH'S, INC. d/b/a BUSCH'S FRESH
FOOD MARKET

    Defendant.

## JOINT NOTICE OF SETTLEMENT

Plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. ("Plaintiff") and defendant Busch's, Inc. d/b/a Busch's Fresh Food Market ("Defendant") hereby give notice that the parties have reached a settlement in principle that fully resolves this lawsuit. The parties are in the process of finalizing a written settlement agreement and anticipate filing a stipulation of dismissal with prejudice within the next 30 days.

Dated: May 8, 2025.

| | |
|---|---|
| COPYCAT LEGAL PLLC<br>3111 N. University Drive<br>Suite 301<br>Coral Springs, FL 33065<br>Telephone: (877) 437-6228<br>christine@copycatlegal.com<br><br>By: /s/ Christine Zaffarano<br>    Christine Zaffarano, Esq. | GARAN LUCOW MILLER, P.C.<br>1155 Brewery Park Boulevard<br>Suite 200<br>Detroit, MI 48207-2641<br>Telephone: (313) 446-5531<br>tjordan@garanlucow.com<br><br>By: /s/ Timothy J. Jordan<br>    Timothy J. Jordan, Esq. |

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Christine Zaffarano
Christine Zaffarano, Esq.